Case 1:16-cv-00951-RBJ   Document 54   Filed 08/11/17   USDC Colorado   Page 1 of 4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-CV-0951-RBJ

JESUS "JESS" GUERRA, JUAN JOSE CARDENAS,
and JESUS Martin GUTIERREZ,
　　　Plaintiffs,

v.

RABINE SEALCO, LLC, a foreign Corporation, a/k/a RABINE PAVING, a foreign corporation,
　　　Defendant.

**MOTION TO WITHDRAW AS ATTORNEYS OF RECORD FOR PLAINTIFFS JESUS GUERRA, JUAN CARDENAS, and JESUS GUTIERREZ**

Pursuant to D.C.COLO.LAttyR 5(b), counsel for all Plaintiffs (Jesus Guerra, Juan Cardenas, and Jesus Gutierrez), J. Bennett Lebsack of Lowrey Parady LLC and Richard K. Blundell of Law Office of Richard K. Blundell, request the Court to allow for the withdrawal as counsel of record for Jesus Guerra, Juan Cardenas, and Jesus Gutierrez.

Counsel has good cause for withdrawing because at least one Plaintiff has terminated counsel as his attorneys and continued representation of all Plaintiffs would likely lead to a conflict between effective representation of Plaintiffs and counsel's duties under the Colorado Rules of Professional Conduct. All Plaintiffs have told J. Bennett Lebsack that they are hiring new counsel.

Counsel cannot articulate the specific reasons for withdrawal without

violating the Colorado Rules of Professional Conduct, specifically Colo. RPC 1.6(a) and/or Colo. RPC 1.9(c), which prohibit counsel for Plaintiffs from revealing information related to the representation of Plaintiffs. At least one Plaintiff has terminated the services of counsel of record, requiring counsel to withdraw under Colo. RPC 1.16(a)(3). Counsel of record has a permissive basis to withdraw from representing at least one Plaintiff under Colo. RPC 1.16(b), but due to Colo. RPC 1.6(a) and Colo. RPC 1.9(c), counsel cannot state which subsection of that rule is applicable.

Withdrawing counsel, by this motion, separate correspondence, and over the phone, has provided notice to Plaintiffs Jesus Guerra, Jesus Gutierrez, and Juan Cardenas that counsel is seeking to withdraw from this case, that the Court will retain jurisdiction over the Plaintiff and the case, that they must keep the court informed where notices, pleadings, or other papers may be served on them, and they have the obligation to prepare for and attend all court proceedings.

Counsel is also filing a motion to extend current case deadlines. Counsel is serving that motion on all Plaintiffs and has discussed with Plaintiffs upcoming case deadlines and the filing of the motion.

NOTICE TO PLAINTIFFS JESUS GUERRA, JESUS GUTIERREZ, AND JUAN CARDENAS:

You are each individually and personally responsible for complying with all court

orders and time limitations established by applicable statutes and rules. You must keep the court informed where notices, pleadings, or other papers may be served on you. You have the obligation to prepare for and attend all court proceedings.

AVISO A LOS DEMANDANTES JESUS GUERRA, JESUS GUTIERREZ Y JUAN CARDENAS:

Usted es individualmente y personalmente responsable de cumplir con todas las órdenes judiciales y limitaciones de tiempo establecidas por los estatutos y reglas aplicables. Usted debe mantener a la corte informada de los avisos, alegatos u otros documentos que se le pueden notificar. Usted tiene la obligación de prepararse y asistir a todos los procedimientos judiciales.

Respectfully submitted August 11, 2017.


*/s/ Ben Lebsack*
Ben Lebsack
Lowrey Parady LLC
1725 High St., #1
Denver, CO 80218
303-593-2595
ben@lowrey-parady.com.

*/s/ Richard K. Blundell*
Richard K. Blundell, Esq.
Law Office of Richard K. Blundell
1233 8th Avenue
Greeley, CO 80631
Tel: (970) 356-8900
Fax: (970) 353-9977
Email: rick@rkblaw.net
*Counsel of Record for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2017, I sent a copy of the foregoing MOTION TO WITHDRAW as follows:

Dean C. Kalant
David S. Americus
Gozdecki, Del Giudice, Americus, Farkas & Brocato LLP
One East Wacker Drive, Suite 1700
Chicago, IL 60601
*Via CM/ECF*

Valeri S. Pappas
Jennifer A. Tiedeken
1350 17th Street, Suite 400
Denver, CO 80202
*Via CM/ECF*

Jesse Guerra
304 Longspeak Ave.
Longmont, CO 80501
*Via US Mail*

Jesus Martin Gutierrez
2318 Hampshire Road
Fort Collins, CO 80526
*Via US Mail*

Juan Jose Cardenas Arteaga
3717 South Taft Hill Road, Lot 1
Fort Collins, CO 80526
*Via US Mail*

*/s/ Carol Zumwalt*
_____
Carol Zumwalt